**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

LACEY LAMAR KIRK
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 754697

1:26 cv 19

vs.

ANNETTE CHAMBERS-SMITH Director Prisons ODRC | State of Ohio
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

JUDGE HOPKINS

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

MAGISTRATE JUDGE LITKOVITZ

CYNTHIA DAVIS WARDEN SOCF PRISON STATE of OHIO
Jeremy OPPY UNIT Manager Chief (Dept. Warden) | SOCF PRISON State of Ohio
John Doe Corrections Officer (Last name Conally) | SOCF prison State of Ohio
John Doe Corrections officer (McCloud) last name | SOCF prison STATE of OHIO
Jane Doe (P. Flinaer) Nurse Practitioner SOCF PRISON State of Ohio

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

LACEY LAMAR KIRK
NAME - FULL NAME PLEASE - PRINT

1724 ST. RT 728
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Lucasville OHIO 45699

740-259-5544
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

DEFENDANTS:

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

3. DOCKET NUMBER

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I filed A grievance to Ins. Inspetor Parker
The Appeal to Chief Inspector was Next
Chief Inspector sent Grievance back to Ins Insp. Parker

2. WHAT WAS THE RESULT?

Chief Inspector Affirmed the decision of Ins. Insp.
Ins. Inspetor Parker Denied my Grievance.
I was told nothing would be done About my Grievance

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. ANNETTE CHAMBERS-SMITH Director ODRC Prisons state of OH.
NAMES - FULL NAME PLEASE
4545 Fisher ROAD, Suite D, Columbus, OHIO 43228
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. CYNTHIA DAVIS ~~1724~~ WARDEN SOCF PRISON Dept Corr. State of OH
1724 ST. RT. 728 Lucasville, OHIO 45699

3. Jeremy OPPY UNIT MANAGER CHief (Dept WARDEN) SOCF prison OHIO
1724 ST. RT. 728 Lucasville, OHIO 45699

4. John Doe (McCloud) Corr. Officer SOCF prison ST. of OHIO
1724 ST. RT. 728 Lucasville, OHIO 45699

5. John Doe (Conally) Corr. Officer SOCF prison ST of OHIO
1724 ST. RT. 728 Lucasville, OHIO 45699

6. JANE Doe (P. Flinner) Nurse Practioner SOCF Prison ST. of OH.
1724 ST. RT. 728 Lucasville, OHIO 45699

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

**PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.**

**DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.**

**IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.**

On 2-27-2024 At Approximately from 6pm to About 8:00pm. I was in the GYM on L-side for Recreation. There was about 100 people in the Gym who were inmates waiting for a Basketball game to start. There were Two inmates that I was fighting because they told me that I had to fight them because The Cos on the Block we were all on told them To fight me [redacted]. So After the fight started I hit both of them one after the other and the Corr. officers who were in the GYM came to break up the fight. One officer made me Lay on the ground and he hand-cuffed me, as I was face down with my hands behind my back and he handcuffed me. He was kneeling with his body holding me to the ground with my face down to the ground. One of the inmates that I was fighting was not handcuffed and he came and stomped on my head with his feet and knocked me out unconcious. when I came to conciousness I was in the infirmary with people and a nurse asking me Questions. I had A cut open lip and my eye was bloody red and the right side of my face was seriously bruised. Since the Assault I have lost sight out of part of my right eye. I suffer from blurriness and problems with my focusing my eyesight. I have memory loss and have headaches and dizziness. My equalibrium was damaged and I told The Nurse Flinner I needed to see a doctor to have a MRI because I was haveing problems in the areas but she told me no stop asking.

EXHIBIT page 5 continuation from Question C.

I filed Grievance SOCF0000000005893 explaining every thing about the incident where I was assaulted while in handcuffs with Corrections officers failing to protect me. My Tablet was taken from me because i was being harrassed by staff with writing tickets to put me in segregation. I was denied accsess to Grievance system by staff not letting me excalate grievance to Chief Inspector within the time limit to answer response from the Institutional Inspector Parker. So I wrote a grievance when I was able to get my Tablet back on the Institutional Inspector saying that I was denied Accsess to the grievance system and that this institution was deliberately denying me accsess so that I could not exaust my remedies and to cover-up the violations of my civil Rights. At that time The Chief Inspector reopened my grievance SOCF0000000005893 with a time limit to respond and again I was put in seg and my Tablet was taken and I was not allowed accsess to Grievance systym and the time to offer a rebuttal was passed and the chief inspector said the case was closed and I could not open it again. I filed a grievance again to chief Inspector and the Chief Inspector's answer was that SOCF Inspector told the Chief Inspector's office that at that time SOCF had not been given enough Tablets to go around to every inmate. That was an Admission of the institution that I was denied accsess to the grievance system to fully exaust remedies properly. I tried to send paper grievance papers but they were sent back by MRS. Hockett saying that I had to file on Tablet and not on paper grievance papers. I have some of those papers. In short AR 5120 states plainly 5120-9-31 says that at any status segregation or General population an inmate should not be denied accsess to Grievance system. It is a violation of Admistrative Rules of the ODRC and violates my Civil Rights.

Exibit D Continuance of page 5 Statement of Claim

) Events that led up to the assault.

I was housed in L-1 in Feb of 2024, the Corr. Officers who were the regular officers o[n] that block at that time were: Last name Buckley and Last name Armstrong. The two Corr. Officers told the two inmates to fight me because of the reasons they had that they didn't like me and wanted me to be hurt by these gang members. It was a Hit on my life. The two inmates I had a fight with in the Gym told me that the Corr. Officers did this. A few weeks prior to my Assault. I spoke to Mr. OPPY Jeremy OPPY ) Mr. OPPY was makeing rounds on the Block walking and I stopped [h]im and told him about the situation that the officers on the block had put a hit on [m]e And that I wanted to be moved but he did nothing. I told him that I was in [f]ear for my safety but still nothing was done. Shortly after I informed [M]r OPPY who was the UNIT MANAGER Chief at that time is when I went to [R]ec on 2-27-2024 and I got into a fight and one of the inmates stomped on m[y] [h]ead and Knocked me unconcious while I was handcuffed and being restrained [b]y Corr. officer who was supposed to be breaking up the fight betweem me and [t]wo other men. First off there was a "Failure to protect" violation. The Gaurds wh[o] [w]ere present were last name Conally and Last name Mc Cloud. They knew it was a [s]ubstatial risk that I could be seriously harmed that I could be seriously harmed if I [w]as face down being handcuffed behind my back with hands restrained behind my b[ack] [i]n handcuffs and a C.O fficer kneeling with his body holding me down and one or [b]oth of the other inmates who I was fighting not handcuffed and able to [c]ome and assault me as they were allowed to do. This is against policy. + [o]ther men should have been hand cuffed and restrained also. I should have [b]een taken away from the other inmates once I was hand cuffed. They fai[led] [t]o respond reasonably to protect me. It proves "deliberate in difference". [A] presedent was set in cases.

D After I was assaulted I was taken to emergency hospital given stitches and given a [C]at scan and released. I had stitches in my mouth, my vision was damaged and I had [h]ead TRAMA where I couldn't walk regular. I needed to be given a MRI of my brain given the simptoms that I was having and I told the Nurse Practioner MRS. P Flinner but [s]he released me from medical in less than 24 hours. I wrote a grievance and appealed [i]t trying to get medical treatment from Brain specialist because I know that somethi[ng] [i]s wrong with my head after the head trauma I was given due to my assaul[t]. Nurse Flinner kept telling me I was fine, But I told her I wasn't and begged her for help and to be sent to OSU to see Actual specialist for Brain and Head tra[uma] but I feel that the institution and medical was denying me proper medical attention and trying to cover up for liability purposes.

① I Am claim that my 8th Amendment Rights have been violated
As it pertains to cruel and unusual punishment
Failure to protect. from physical abuse

② Medical care after I was assaulted "Diliberate in difference"
was shown by Nurse Practioner P. Flinner when I kept complaining
of my eyesight and dizzyness and memory loss, headaches(extre
and I was having trouble focusing with my eyes. My eyes would cross when
I looked to right. I wrote grievances about not getting proper
medical treatment but was denied.
"Deliberate indifference" as it pertains to medical care
is a violation under 8th Amendment of the United States Constitu

③ when I spoke to Jeremy Oppy prior to my assault
and told him that the inmates who assaulted me
had been told by Co Buckley and Armstrong to hurt me
and he didn't do anything to protect me from physical
Abuse. IT was a violation of my 8th Amendment of the United States Constitution
rights for him not to do any thing.

④ The entire incident is on camera both body camera of C Officers
and the camera's that are in the GYM.
The Warden's Assistant would not give me the officers
The Warden's Assistant would not give me the officers Full names involved or The Nurse Flinners NAME.
I need an Attourney to get witnesses names and the video
footage of incident and pictures of my injuries were taken.
Wardens Assistant Trelka would not give me or my family
members any of that Information.

⑤ I was threatened by LT Cooper. He told me to sleep with one eye open and to
me that "they" were going to get me. Meaning The Staff That work at th
prison. I filed a Grievance on that incident in 2024. Nothing was done.
I have been harrassed for filing complaints on staff at this institutio
ever since I was assaulted and the "HiT" was placed on me by Staff
that I named in this statement of claim in Exibit D paragraph ①

**RELIEF**

**IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.**

Wherefore plaintiff respectfully prays that this court enter judgement granting plaintiff A Declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States A Peliminary and Perminant injunction ordering defendants ANNETTE CHAMBERS-SMITH, CYNTHIA DAVIS, JEREMY OPPY TO TRANSFER Plaintiff LACEY LAMAR KIRK to Another Prison Level 4 for my Safety. To Also be Seen By A HEAD TRAMA SPecialist And EYE Doctor Specialist I Also Ask the Court TO ORDER A Temporary And A Permanant Restraining ORDER ON The SOCF PRISON AND Its Officials from The Plaintiff LACEY LAMAR KIRK. I Am seeking AN injunction to stop PRISON STAFF from ongoing physical Abuse to LACEY LAMAR KIRK AND Harrasment.

I Am seeking Compensatory Damages in the AmounT of $1,000,000 Against each Defendant, jointly And Severally punitive damages in the amount of $1,000,000 against each defendant Jointly and Severly or personally and in their official capacity

SIGNED THIS 20th DAY OF February 2026.

Lacey Lamar Kirk
SIGNATURE OF PLAINTIFF

Exhibit F Continuance of page 5 Statement of Claim

① I Am sTill Being physically ABused AND Harrassed on JAN 17-2024 my right wrist AND thumb was injured by Corrections officer (HERR) Last name I was Given only. I have double cuff order due to my disability and he injured my right arm at wrist AND thumb AND I was denied medical treatment AND I wrote it up as a Grievance AND the inspector Parker Here At SOCF tried to cover up what was done to me by purposely botching the investigation by investigat[ing] the "wrong date" on the cameras but I wrote grievance on the Inspector AND it was reopened. I Am injured now AND have not recieved proper medical care for my disabled right Arm. I Also sent a grievance to see ADA Coordinator but was neve[r] seen by the ADA coordinator or even Answered my kite or grievance to them. I Am still being physically abuse by staff at SOCF Lucasville prison. it is still going on. I Am still being physically ABused by STAFF At this prison. I have been threatened by STAFF AND I have been harrassed. I have wrote Grievance or Complaints on my Tablet for almost all of it but nothing is being done to stop it AND it is being covered up by The Superiors At this Prison.